1  RICHARD H. RAHM, Bar No. 130728
   rrahm@littler.com
2  ALEXANDRA HEMENWAY, Bar No. 297888
   ahemenway@littler.com
3  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
4  San Francisco, CA 94104
   Telephone: 415.433.1940
5  Fax No.: 415.399.8490

6  BRITNEY N. TORRES, Bar No. 287019
   btorres@littler.com
7  LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
8  Sacramento, CA 95814
   Telephone: 916.830.7200
9  Fax No.: 916.561.0828

10 Attorneys for Defendant
   INDIAN RIVER TRANSPORT CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CHARLES W. COOLEY, on behalf of himself and all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> INDIAN RIVER TRANSPORT CO., a Florida Corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 8:17-cv-00932-DOC-JCG <br><br> **STIPULATED PROTECTIVE ORDER FOR CLASS LIST** |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATED PROTECTIVE ORDER FOR CLASS LIST

Firmwide:150863892.1 093904.1001

## 1. PURPOSES AND SCOPE

This Stipulation and Order are intended to cover the class list that Plaintiff has requested from Defendant ("Class List"). The protections conferred by this Stipulation and Order also cover any information copied or extracted from the Class List. Any use of the Class List at trial shall be governed by a separate agreement or order. Defendant wishes to designate the Class List as "CONFIDENTIAL." Accordingly, the parties hereby stipulate to and petition the court to enter the following Stipulated Protective Order.

## 2. GOOD CAUSE

This action is likely to involve employee lists for which special protection from public disclosure and from use for any purpose other than prosecution of this action is warranted. Such confidential information consists of confidential employee information. Accordingly, to expedite the flow of information, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to adequately protect information the parties are entitled to keep confidential, to ensure that the parties are permitted reasonably necessary uses of such material in preparation for and in the conduct of trial, to address their handling at the end of the litigation, and serve the ends of justice, a protective order for such information is justified in this matter. It is the intent of the parties that information will not be designated as confidential for tactical reasons and that nothing be so designated without a good faith belief that it has been maintained in a confidential, non-public manner, and there is good cause why it should not be part of the public record of this case.

## 3. CONFIDENTIAL DESIGNATION

Defendant may mark the Class List as "CONFIDENTIAL."

Material marked "CONFIDENTIAL" may be used only for the purpose of prosecution, defense, discovery, mediation and/or settlement, or appeal of this Action, and not for any other purpose.

///

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATED PROTECTIVE ORDER FOR CLASS LIST    2.    Firmwide:150863892.1 093904.1001

## 4. DURATION

Even after final disposition of this litigation, the confidentiality obligations imposed by this Order shall remain in effect. Final disposition shall be deemed to be the later of (1) dismissal of all claims and defenses in this action, with or without prejudice; and (2) final judgment herein after the completion and exhaustion of all appeals, rehearings, remands, trials, or reviews of this action, including the time limits for filing any motions or applications for extension of time pursuant to applicable law.

## 5. CLASS LIST SUBPOENAED OR ORDERED PRODUCED IN OTHER LITIGATION

If a Party is served with a subpoena or a court order issued in other litigation that compels disclosure of any information or items designated in this action as "CONFIDENTIAL" that Party must:

(a) promptly notify in writing all other Parties. Such notification shall include a copy of the subpoena or court order;

(b) promptly notify in writing the party who caused the subpoena or order to issue in the other litigation that some or all of the material covered by the subpoena or order is subject to this Protective Order. Such notification shall include a copy of this Stipulated Protective Order; and

(c) shall not produce any information designated as "CONFIDENTIAL" before a determination by the court from which the subpoena or order issued, unless the Party has obtained the Designating Party's permission.

## 6. UNAUTHORIZED DISCLOSURE OF CLASS LIST

If Plaintiff learns that, by inadvertence or otherwise, he has disclosed the Class List to any person or in any circumstance not authorized under this Stipulated Protective Order, Plaintiff must immediately (a) notify Defendant of the unauthorized disclosures, (b) use its best efforts to retrieve all unauthorized copies of the Class List, and (c) inform the person or persons to whom unauthorized disclosures were made of

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

all the terms of this Order.

7. FILING CLASS LIST

Without written permission from Defendant or a court order secured after appropriate notice to all interested persons, Plaintiff may not file in the Class List on the public record in this action. A Party that seeks to file under seal any Class List must comply with Civil Local Rule 79-5.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: November 1, 2017         DESAI LAW FIRM, P.C.


By:     */s/ Adrianne De Castro*
        Aashish Y. Desai
        Adrianne De Castro
        Attorneys for Plaintiff


DATED: November 1, 2017         LITTLER MENDELSON, P.C.


By:     */s/ Britney Y. Torres*
        Britney Y. Torres
        Attorneys for Defendant


**IT IS SO ORDERED.**

DATED: November 06, 2017        _____
                                Jay C. Gandhi
                                United States Magistrate Judge

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATED PROTECTIVE ORDER FOR CLASS LIST    4.    Firmwide:150863892.1 093904.1001